IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO.  5:01cr16-RH/WCS
     5:04cv62-RH/WCS

WILLIAM DEAN McCOLLUM,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 101) and the objections thereto (document 103).  I have reviewed *de novo* the issues raised by the objections.   Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's motion for relief under 28 U.S.C. §2255 (document 88) is DENIED without prejudice to the filing of any timely and appropriate motion for relief in the event a state court vacates a conviction used to enhance the sentence in this case and with prejudice in all other respects.  The clerk shall enter

Case 5:01-cr-00016-RH-WCS   Document 104   Filed 09/29/05   Page 2 of 2

*Page 2 of 2*

judgment and close the file.

      SO ORDERED this 29th day of September, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge